FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

FILED
APR 29 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Markus Hawkins
(Enter above the full name of the plaintiff in this action)

vs.

Armond Budish, Ken Mills, Cliff Pinkney, Eric Ivey, Emily McNeeley, Douglas Dykes
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 1:19 CV 00953

JUDGE JUDGE POLSTER

MAG. JUDGE BAUGHMAN

COMPLAINT

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit

     Plaintiffs_____

     _____

     Defendants_____

     _____

  2. Court (if federal court, name the district; if state court, name the county)

     _____

  3. Docket Number_____

  4. Name of judge to whom case was assigned_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit_____

7. Approximate date of disposition_____

II. Place of Present Confinement__

   A. Is there a prisoner grievance procedure in this institution?    YES ☒   NO ☐

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      YES ☒   NO ☐

   C. If your answer is YES,

      1. What steps did you take? I Sent several Kites Grievances a letters to the appointed personel to No Avail.

      2. What was the result? No one Responded

   D. If your answer is NO, explain why not__

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      YES ☐   NO ☐

   F. If your answer is YES,

      1. What steps did you take?_____

      2. What was the result?_____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Markus Hawkins
   Address P.O. Box 5000 Cleveland, Ohio, 44101

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Armond Budish _____ is employed as
   Cuyahoga County Jail at 1200 Ontario St Cleve, Ohio, 44113

C. Additional Defendants Ken Mills, Eric Ivey, Emily McNeeley, Cliff Pinkney, Douglas Dykes

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I have been here since November 9th 2017 and during my time of being incarcerated and being forced to live in cruel and inhumane living conditions. I have experienced living in a cell with black mold, denial of mental health treatment, food trays smelling like feces, abuse from the county staff, forced to drink lead infested water, extensive hours of lockdown in my cell, finding insects inside my food, and being denied medical treatment. In my first few months here I became depressed due to the 1) Combination of fighting with inmates and no action being

(Statement of Claim Continued)

taken the officers would encourage the fights saying "just make sure you close the door". 2) The multiple days of "RedZone" which resulted in less to no time to shower, make attorney calls or calls to family/friends back home. As of right now I have spent no less than 60% of my days in "RedZone". On 11/23/18 after being served lunch I discovered a insect in my food after making the complaint I was served a bologna sandwich and carrots for my replacement meal. 1/22/19 while being transported from Jail 2 to Jail 1 by Corporal Miller I was attacked by Miller and suffered a knee injury and was told to keep quiet about the incident and if I reported the attack to anyone I would spend the rest of my time in the hole. 3/23/19 in Jail 2 10H all the toilets from cells 13-20 were flooding with toilet water and human feces, I requested to be moved until the situation was handled and my request went ignored as I remained in my flooded cell (cell #9H). Even now I am in a cell that is below room temperature as the county staff says that there is nothing they can do about it, I believe this is done to weaken my mental health to force me to not be able to focus on my case. I am very depressed here and have tried everything that I could do as a inmate here, just to be threatened to be put in the hole or Locked-Up in my cell. These inhumane living conditions has really started to wear me down now as I have become delusional, I'm starting to see things/people here in the county jail that was never here in the first place. This action here is my very deep and intense cry for help as I feel like I'm in a 3rd World prison fighting for survival with minimal chance of surviving.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like to be rightfully compensated for the cruel and unusual punishment I have suffered as well as a immediate release from this facility

Signed this 22nd day of April, 20 19.

I declare under penalty of perjury that the foregoing is true and correct.

4/22/19
(Date)

(Signature of Plaintiff)

Marcus Hawkins
#0264641
P.O. Box 5600
Cleveland, OH 44101

7015 1730 0000 5647 6158

CERTIFIED MAIL

7015 1730 0000 5647 6158

U.S. POSTAGE
FCM LG ENV
CLEVELAND, O
44105
APR 26, 19
AMOUNT
$7.90
R2305M143311-

Office of the Clerk
United States District Court, Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1830